AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BROOKS, SIDNEY B. | U.S. BANKRUPTCY COURT | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE ACTIVE | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. BANKRUPTCY COURT
721 19TH STREET, ROOM 560
DENVER CO 80202-2508

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | ▨ TRUST #3 |
| 2. | TRUSTEE | ▨ TRUST #1 |
| 3. | ADVISOR | WORLD BANK INSOLVENCY INSTITUTE |
| 4. | ADVISOR | U.S. RUSSIA FOUNDATION |
| 5. | TRUSTEE | NANDA CENTER FOR INTERNATIONAL AND COMPARATIVE LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. VARIOUS | Management fees as Trustee for ▓▓▓ Trust #1 | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | SELF EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. RUSSIA FOUNDATION | January 24-January 30, 2014 | Moscow, Russia | U.S. Russia Foundation judicial training program meetings | Transportation, lodging and meals |
| 2. | U.S. RUSSIA FOUNDATION | May 2-3, 2014 | Washington, D.C. | U.S. Russia Foundation Rule of Law program | Transportation, lodging and meals |
| 3. | U.S. RUSSIA FOUNDATION | June 16-25, 2014 | Moscow and St. Petersburg, Russia | Fourth Saint Petersburg International Legal Forum | Transportation, lodging and meals |
| 4. | U.S. RUSSIA FOUNDATION | November 17-19, 2014 | Washington, D.C. | U.S. Russia Foundation meetings and presentation to Chief Justice | Trnasportation, lodging and meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ENT CU Checking account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank accounts | A | Interest | K | T | | | | | |
| 3. 5.44% Colfax LLC, Real Property Denver, CO | B | Rent | L | W | | | | | |
| 4. Rental property #1 Silverthorne, CO | D | Rent | M | W | | | | | |
| 5. 8.3% Interest real property, Frisco, CO | A | Rent | K | W | | | | | |
| 6. .521% Interest Broadway LLC, Real Prop Denver, CO | A | Rent | J | W | | | | | |
| 7. 5.99% Interest Melbro, Real Property Denver, CO | A | Rent | J | W | | | | | |
| 8. Rental property #2, Denver, CO | D | Rent | | | Sold | 12/02/14 | O | G | Wiliam Ankele & Karen Kins |
| 9. IRA: Fidelity | A | Int./Div. | K | T | | | | | |
| 10. -BRKB | | | | | Sold | 5/6/2014 | J | | |
| 11. -FDRXX | | | | | | | | | |
| 12. -PEO | | | | | Sold | 01/17/14 | J | | |
| 13. Fidelity Treasury Only Money Market | A | Int./Div. | O | T | Buy | 12/02/14 | O | | |
| 14. Wells Fargo Savings | A | Int./Div. | K | T | Open | 12/02/14 | K | | |
| 15. Wells Fargo Checking | A | Int./Div. | J | T | Open | 12/02/14 | J | | |
| 16. ▓▓▓ : Wells Fargo Bank Acct | A | Interest | N | T | | | | | |
| 17. ▓▓▓ Employer Ret Vanguard Target 2025 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  ▨  IRA: Fidelity | D | Int./Div. | N | T | | | | | |
| 19.  - FINFX | | | | | | | | | |
| 20.  -SGENX | | | | | | | | | |
| 21.  -FPACX | | | | | | | | | |
| 22.  -AIG | | | | | | | | | |
| 23.  -BRKB | | | | | | | | | |
| 24.  -GE | | | | | | | | | |
| 25.  -PWE | | | | | | | | | |
| 26.  -PFE | | | | | | | | | |
| 27.  -RSG | | | | | | | | | |
| 28.  -JOE | | | | | | | | | |
| 29.  -AMEFX | | | | | | | | | |
| 30.  -FAIRX | | | | | | | | | |
| 31.  -WFC | | | | | | | | | |
| 32.  -FDLXX | | | | | | | | | |
| 33.  -KYNPRE | | | | | | | | | |
| 34.  -NTXPRC | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▨ Personal Acct: Fid: FTEXX | A | Dividend | K | T | | | | | |
| 36. Trust #1: Trustee, No interest in income, beneficial int in principal | D | Rent | N | W | | | | D | |
| 37. -50% Int real property, Frisco, CO | | | | | | | | | |
| 38. -3.125% Int Broad LLC, Denver, CO | | | | | | | | | |
| 39. -14.06% Interest Bannock St LLC Denver, CO | | | | | Sold | 01/13/14 | N | | |
| 40. Trust #1: Trustee, No interest in income, beneficial int in principal | G | Int./Div. | P2 | T | | | | | |
| 41. -ICAFX | | | | | | | | | |
| 42. -AIVSX | | | | | | | | | |
| 43. -Key Bank Account | | | | | | | | | |
| 44. -WMFFX | | | | | | | | | |
| 45. -TESIX | | | | | | | | | |
| 46. -AMBFX | | | | | | | | | |
| 47. -BKRA | | | | | | | | | |
| 48. - Fed Nat Mtg Assn Debs coup 5/16 | | | | | | | | | |
| 49. -Fed Home Loan Mtg Corp 3/18 | | | | | | | | | |
| 50. - Fin Corp CPN FICO Strip 6/18 | | | | | | | | | |
| 51. - Fin Corp CPN FICO Strips 12/18 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fed Jud Off Bldg TR Zero 2/19 | | | | | | | | | |
| 53. -Fed Home Lu Mtg Corp CPN 3/19 | | | | | | | | | |
| 54. -Natl Mtg Deb Gen Int Pmt7/19 | | | | | | | | | |
| 55. - Res. Fdg Corp Fed Bk Ent CPN 7/19 | | | | | | | | | |
| 56. -Res FDG Fed Bk Int Pmt 10/20 | | | | | | | | | |
| 57. - Tenn Vy Fed Bk Entry Gen 11/20 | | | | | | | | | |
| 58. -Stnt Ln Mktg Asn Zero CPN 10/22 | | | | | | | | | |
| 59. -CEE | | | | | Sold | 11/25/14 | K | A | |
| 60. -PEO | | | | | Buy (add'l) | 12/23/14 | J | | |
| 61. -CAIFX | | | | | | | | | |
| 62. -SWZ | | | | | Buy (add'l) | 07/24/14 | J | | |
| 63. - RPIBX | | | | | | | | | |
| 64. -FRUAX | | | | | | | | | |
| 65. -FAIRX | | | | | Sold | 11/21/14 | L | A | |
| 66. -W/M Wrigley Jr Co Notes 7/15 | | | | | | | | | |
| 67. - Bank of the West Acount | | | | | Closed | 11/12/14 | N | A | |
| 68. - FDLXX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #3: Trustee, no beneficial interest (Y) | | | | | | | | | |
| 70. - 8.33% Int real property, Frisco,CO (Y) | | | | | | | | | |
| 71. -.521% Int Broadway LLC, Denver, CO (Y) | | | | | | | | | |
| 72. Trust #3: Trustee, no beneficial interest (Y) | | | | | | | | | |
| 73. -American Wash Mutual Investors A (Y) | | | | | | | | | |
| 74. -Wells Fargo: FCISX (Y) | | | | | | | | | |
| 75. -Wells Fargo Cash Fund- (Y) | | | | | | | | | |
| 76. - FAIRX (Y) | | | | | | | | | |
| 77. -SGENX (Y) | | | | | | | | | |
| 78. -DODFX (Y) | | | | | | | | | |
| 79. -FDLXX (Y) | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS (continued)

6. TRUSTEE . . . . . . UNIVERSITY OF DENVER, STURM COLLEGE OF LAW ALUMNI COUNCIL
7. TRUSTEE . . . . . . ROTARY CLUB OF DENVER FOUNDATION


PART VII. INVESTMENTS AND TRUSTS (continued with additional, explanatory information)

(Y) Trust #3: Trustee, no beneficial Interest:
Assets reported on Calendar Year 2013, lines 69 through 79, were assets in a Trust for which the filer is a Trustee, but holds no interest in income or a beneficial Interest in principal. Per current year clarification to Filing Instructions, these assets are no longer required to be reported.

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 08/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SIDNEY B. BROOKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544